**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: KAYLEN RENEE TAYLOR**           **Case No. 19-12855**

**AGREED ORDER RESOLVING CREDITOR'S MOTION FOR**
**ABANDONMENT AND RELIEF FROM AUTOMATIC STAY (DK#35)**

THIS DAY, there came before the Court the Creditor's Motion to Abandon and Relief from Automatic Stay (DK#35), and the Court having been advised that the parties have reached an agreement, adjudicates as follows in accordance with that agreement:

(1)

That the Court has jurisdiction over the parties and the subject matter, herein.

(2)

On July 18, 2019, Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code.

(3)

That the creditor holds an interest in the following property which secures this debt namely, a 2007 Chevrolet Tahoe VIN#1GNFC13C77R398334.

(4)

That 1st Franklin Financial Corporation is entitled to adequate protection payments beginning immediately in the amount of $135.00 and continuing until the Chapter 13 Plan is confirmed.

(5)

That the Creditor's Motion For Abandonment and Relief From the Automatic Stay is hereby denied subject to the provisions contained herein.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Abandonment and Relief from the Automatic Stay of Creditor, 1st Franklin Financial Corporation, is hereby denied subject to the provisions herein.

##ENDOFORDER##

/s/ Bart M. Adams
Bart M. Adams
Attorney for 1st Franklin Financial Corporation

/s/ Robert Lomenick
Attorney for Debtor

/s/ Melanie T. Vardaman
Attorney for Chapter 13 Trustee

Submitted by:
Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com